UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
718 CONVENIENT STORE, LLC, et al.,
                          Plaintiff(s)

        -against-

UNITED STATES OF AMERICA, et al.,
                          Defendant(s).
------------------------------------------------------------X

25 civ 4441 (JGK)

## ORDER

The conference scheduled for Wednesday, September 10, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 3, 2025